IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

V.                    Criminal No. 14-50055

MIKATA FULKS                                DEFENDANT/MOVANT

**O R D E R**

Currently before the Court is the Government's Motion to Stay (Doc. 59.) The Government requests to stay further briefing and disposition of Defendant's 28 U.S.C. § 2255 motion (Doc. 54), which seeks relief in the form of re-sentencing under Johnson v. United States, 135 S. Ct. 2551 (2015). The Government asserts that the motion should be stayed pending the Supreme Court's decision in Beckles v. United States, Case No. 15-8544 (cert. granted June 27, 2016). The Supreme Court granted certiorari in Beckles to determine whether Johnson applies retroactively to the use of the residual clause in U.S.S.G. 4B1.2(a)(2). The Defendant has filed a Response, stating that he does not object to the stay.

Accordingly, the Government's Motion to Stay (Doc. 59) is hereby GRANTED. The District Court Clerk is directed to administratively terminate Defendant's § 2255 motion (Doc. 54). Within ten days of the Supreme Court issuing a ruling in Beckles, defense counsel is directed to file a motion to reopen the § 2255 motion.

IT IS SO ORDERED this 5th day of July, 2016.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE