IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES                                                          PLAINTIFF

v.                          CASE NO. 5:14-CR-50055

MIKATO FULKS                                                           DEFENDANT

ORDER

Now before the Court is the Report and Recommendations ("R&R") (Doc. 63) of the Honorable Erin L. Wiedemann, United States Magistrate Judge. The R&R advises the Court to grant Petitioner Mikato Fulks' Motion to Dismiss (Doc. 62), seeking voluntary dismissal of his 28 U.S.C. § 2255 Motion to Vacate (Doc. 54). Fulks moved to dismiss his Motion to Vacate after the Supreme Court issued its decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). *Beckles* held that the United States Sentencing Guidelines are not subject to void for vagueness challenges under the Fifth Amendment Due Process Clause. *Id.* at 895. This decision rendered Fulks' Motion to Vacate facially unmeritorious.

The Court agrees with Magistrate Judge Wiedemann and finds Fulks' Motion to Dismiss to be entirely proper. The R&R (Doc. 63) is therefore **ADOPTED IN FULL**, and Mikato Fulks' Motion to Vacate (Doc. 54) is **DISMISSED WITHOUT PREJUDICE**.

Turning to an additional matter, the Court notes that Fulks attempted to file another motion to vacate on May 15, 2017. (Doc. 64). However, because the Court had not yet adjudicated his Motion to Dismiss, Fulks was still represented by the Federal Public Defender's Office at the time of his attempted filing. The Court accordingly treated Fulks' filing as a communication from a represented party, and not as a properly filed motion to vacate. Rather than forcing Fulks to go through the rigmarole of attempting to file the

1

document in question again, the Court **DIRECTS** the Clerk's Office to restyle Fulks' Notice of Communication from a Represented Party (Doc. 64) as a Motion to Vacate under 28 U.S.C. § 2255. The Court also **DIRECTS** the Clerk's Office to **REFER** the Motion to Vacate to the Hon. Erin L. Wiedemann.

**IT IS SO ORDERED** on this 13rd day of May, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE